COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-013-CV

BILLY W. O'REAR A/K/A BILL WINCHEL O'REAR APPELLANT

V.

CHERYL O'REAR APPELLEE

----------

FROM THE 367
TH
 DISTRICT 
COURT OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the appellant, for which let execution issue.

PER CURIAM

PANEL D: DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED: May 11, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.